IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| OLYMPIA MOVING AND STORAGE,<br>          Plaintiff | §<br>§<br>§ |
| V. | §    Cause No. 1:24-cv-351<br>§ |
| KUEHNE + NAGEL, INC.,<br>          Defendant | §<br>§<br>§ |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, Kuehne + Nagel Inc., hereby removes this action to this Court pursuant to the provisions of 28 U.S.C. §1332 and §1441(b), and would show as follows:

1.   Defendant, Kuehne + Nagel Inc. (hereinafter "K+N"), is the defendant in a civil action in which an Original Petition was filed on March 7, 2024, in the District Court of Travis County, Texas, Cause Number D-1-GN-24-001532, 261st District Court, styled *Olympia Moving & Storage v. Kuehne + Nagel, Inc.*

2.   As set forth in Plaintiff's Original Petition, the instant action arises out of the construction of a hotel in Austin, Texas. Plaintiff alleges that it performed services in exchange for monies and now seeks economic damages in excess of $891,448.62 (USD) (see attached and incorporated Exhibit "2," Plaintiff's Original Petition, par. 10)

3.   There is complete diversity as follows:

   a) Plaintiff, Spike, Inc. dba Olympia Moving & Storage ("Olympia") is a Massachusetts corporation with its principal place of business in Massachusetts, thus Plaintiff is a citixen of Massachusets;

b) Defendant, Kuehne + Nagel, Inc., is a New York corporation with its principal place of business in New Jersey[1], thus K + N is a citizen of New York and New Jersey.

4. The United States District Court for the Western District of Texas has original jurisdiction over this civil action under 28 U.S. § 1332 because the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs and there is complete diversity among the parties. The action is therefore removable to the United States District Court for the Western District of Texas under 28 U.S.C. § 1441.

5. A copy of the state court petition and citation, the state court docket sheet, and all process, pleadings and orders served on Defendant are attached as Exhibit "2" and incorporated as part of this Notice of Removal.

6. No previous application for relief sought herein has been made to this or any other Court.

7. This Notice of Removal is timely filed as required by 28 U.S.C. § 1446(b)(1) in that the removal is filed within 30 days of the filing of the original Petition.

8. Currently, no other Defendant has been named, properly joined and served; accordingly, K+N need not obtain consent to the removal from any other party.

**WHEREFORE**, Defendant Kuehne + Nagel ("K+N") gives notice that the above action now pending in the District Court of Travis County, Texas, Cause Number D-1-GN-24-001532, has been removed from that Court to the United States District Court for the Western District of Texas, Austin Division.

---

[1] The Complaint incorrectly notes that K+N is a New Jersey corporation. As noted in the annexed Exhibit 1 public record document, of which the Court may take judicial notice, K+N is a New York corporation with its principal place of business in New Jersey. *See Zell v. Amica Mutual Ins. Co.,* 2024 WL 1252359 (ND TX); *See, e.g., Pry v. Amica Mut. Ins. Co.,* No. 3:19-CV-1730-L-BK, 2020 WL 1105136, at *1 (N.D. Tex. Feb. 13, 2020), *report and recommendation adopted,* No. 3:19-CV-1730-L, 2020 WL 1083646 (N.D. Tex. Mar. 6, 2020); Federal Rule of Civil Evidence 201(b).

Dated: April 3, 2024

    Respectfully submitted,

    **LAW OFFICE OF ROBERT G. MOLL**

By:   */s/ Robert Moll*
    Robert G. Moll, Esq.
    (Admitted WD Texas)
    Texas Bar No.: 00784622
    1903 Blooming Park Lane
    Katy, Texas 77450
    Tel: 713-540-2780
    Fax: 832-321-3592
    Email: texlaw1992@aol.com

*-and-*

    **SPECTOR RUBIN, P.A.**

By:   */s/ Andrew Spector*
    Andrew R. Spector, Esq.
    Texas Bar No.: 788801
    3250 Mary Street, Suite 405
    Miami, FL 33133
    Tel: 305-537-2000
    Fax: 305-537-2001
    Email: andrew.spector@spectorrubin.com

    ***Attorneys for Defendant, Kuehne + Nagel Inc.***

## CERTIFICATE OF SERVICE

On this 3rd day of April, 2024, a true and correct copy of the foregoing was served via eservice upon Mark G. Sessions, Esq., Clark Hill PLC, 2301 Broadway, San Antonio, Texas 78215, email: msessions@clarkhill.com.

/s/ *Robert G. Moll*