UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KUEHNE + NAGEL, INC.,<br>    *Plaintiff,* | §<br>§<br>§<br>§ |
| VS. | §<br>§  NO. 1:24-cv-00351-ADA<br>§ |
| HOTEL SPEC INTERNATIONAL, INC.,<br>GILBANE BUILDING COMPANY, AND<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY<br>    *Defendant.* | §<br>§<br>§<br>§<br>§ |

## ORDER

BEFORE the Court for consideration is the Parties' Stipulation of Dismissal.

IT IS HEREBY ORDERED that all claims asserted by Plaintiff Kuehne + Nagel, Inc. against Defendants shall be and hereby are dismissed with prejudice to the re-filing of same.

All pending motions, if any, are DENIED-AS-MOOT. The clerk of the Court is DIRECTED to CLOSE this case.

IT IS FUTHER ORDERED that all costs of court are taxed against the parties incurring same. This is a final order disposing of all claims by all parties.

SIGNED on this 23rd day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE